USAO 2021R00576 PMC KD/cm

**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. GLR 21 cr 390 |
| v. : | |
| : | **(Threats Transmitted by Interstate** |
| **SCOTT ELI HARRIS,** : | **Communication, 18 U.S.C. §875(c))** |
| : | |
| **Defendant.** : | |

oooOooo

# INDICTMENT

The Grand Jury for the District of Maryland charges that:

## COUNT ONE

(Interstate Communication with Threat to Injure, 18 U.S.C § 875)

On or about July 12, 2021, in the District of Maryland and elsewhere, the defendant,

### SCOTT ELI HARRIS,

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. Specifically, Defendant Harris, while located in the State of Texas, sent a communication from his cellular phone to Dr. L.W., who was located in the State of Maryland. The message to Dr. L.W., who had been a vocal proponent of the COVID-19 vaccine, included the following threat:

> Fuck you in every Chinese hole you have.
> Never going to take your wonder drug. My 12
> gauge promises I won't.
> Take your idea of making my like [sic] difficult and shov [sic]
> it up your dock hole.
>
> I'm a 5th generation U.S. Army veteran and a
> sniper.. I can't wait for the shooting to start..

1

I hope you are ready..

Cunt.. where's your fucking office?

18 U.S.C. § 875(c).

                                                    *[signature]*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date 09/29/21