# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT ELI HARRIS,<br><br>Defendant. | CRIMINAL NO. **SEALED**<br>(UNDER SEAL) GLR 21cr390 |

## MOTION TO SEAL INDICTMENT AND BENCH WARRANT

The United States of America, by its attorneys, Johnathan F. Lenzner, Acting United States Attorney for the District of Maryland, and P. Michael Cunningham, Assistant United States Attorney for said District, for the following reasons, moves this Honorable Court to order and direct that until the defendant in the above-captioned matter is arrested, this Indictment and Bench Warrant be **SEALED**:

The government believes that if the defendant becomes aware that charges have been filed against him, he may seek to avoid apprehension and/or destroy evidence before the government can secure a warrant to search for and seize relevant evidence. Therefore, the government respectfully requests that the Indictment and Bench Warrant be sealed until the defendants are apprehended.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: /s/ P. Michael Cunningham
P. Michael Cunningham
Assistant United States Attorney

ORDERED as prayed, this 29 day of September, 2021.

/s/ Thomas M. DiGirolamo
Thomas M. DiGirolamo
United States Magistrate Judge

/