# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT ELI HARRIS,<br><br>Defendant. | CRIMINAL NO. GLR-21-0390 |

## MOTION TO UNSEAL INDICTMENT AND BENCH WARRANT

The United States of America, by its attorneys, by its undersigned counsel, moves this Honorable Court for an order and direct that the Indictment and Bench Warrant in the above-captioned matter be **UNSEALED**:

The defendant has been arrested and will be presented in the Northern District of Texas for an initial appearance. Therefore, the reason for sealing the indictment and arrest warrant no longer pertains.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
P. Michael Cunningham
Assistant United States Attorney

**ORDERED** as prayed, this ___ day of October, 2021.

_____
J. Mark Coulson
United States Magistrate Judge