===================================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: GLR-21-0390

SCOTT ELI HARRIS

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Scott Eli Harris. I certify that I am eligible to practice in this court.

Date: March 11, 2022

/s/
CYNTHIA A. FREZZO, #817358
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: cynthia_frezzo@fd.org